No. 85–6418. ISSA *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until May 12, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–6335. IN RE WEEMS;
No. 85–6395. IN RE SMITH;
No. 85–6400. IN RE PETERS; and
No. 85–6407. IN RE CARSON. Petitions for writs of mandamus denied.

No. 85–1180. MEESE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. *v.* KEENE. Appeal from D. C. E. D. Cal. Probable jurisdiction noted.

No. 85–993. HOBBIE *v.* UNEMPLOYMENT APPEALS COMMISSION OF FLORIDA ET AL. Appeal from Dist. Ct. App. Fla., 5th Dist. Further consideration of question of jurisdiction postponed to hearing of case on the merits.